IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF <u>CALIFORNIA</u>
AT <u>SAN DIEGO</u>

FILED
08 FEB 19
CLERK U.S. DISTRICT COURT
'08 CV 326 J
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | Criminal No. <u>01-0790-J</u> |
| ) | |
| <u>LAWRENCE E. GAY</u> ) | |
| (Defendant Name) | |

MOTION TO MODIFY TERM OF IMPRISONMENT
PURSUANT TO 18 U.S.C. §3582(c)(2)

COMES NOW the Defendant <u>LAWRENCE E. GAY</u>, pro se, and pursuant to 18 U.S.C. §3582(c)(2), and moves this Honorable Court for reduction of his prison term. In support of his motion the Defendant would show and alleges:

1. On <u>October 31,</u> <u>2002</u>, Defendant was convicted in this Court of the offense(s) of: <u>21 USC 846, 841(A)(1)i</u> <u>Conspiracy to Distribute Cocaine Base</u>

Subsequently, using the United States Sentencing Commission Guidelines, he was sentenced to a term(s) of imprisonment as follows: <u>121 Months/5 Years-3559 PLRA</u>

2. On <u>November 1</u>, <u>2007</u>, the United States Sentencing Commission amended the Sentencing Guidelines, specifically, Amendment <u>706</u>, and explicitly voted to make the Amendment retroactive. (1B1.10(c), U.S.S.G.).

3. Amendment <u>706</u> provides: <u>For a two 2 level reduction in all eligible defendants base offense level when was convicted of "Crack" Cocaine Offense.</u>

4. Defendant is entitled, as a matter of law, to the benefit of Amendment <u>706</u> and, to have his sentence reduced

to bring his sentence within the amended sentencing structure.

WHEREFORE, based on the foregoing, and in the interests of justice, Defendant respectfully urges this Honorable Court to amend his term of imprisonment to reflect the sentencing guideline modification set forth in Amendment __706__.

Dated this __14__ day of __FEBRUARY__, __2008__.

Respectfully submitted,

SEE EXHIBIT A

(Signature)

LAWRENCE E. GAY    # 76247-198
(Printed Name)(Number)
Federal Medical Center
P.O. Box 15330
Ft. Worth, TX. 76119

Defendant Pro Se

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has, this __14__ day of __FEBRUARY__, __2008__, been served on __SAN DIEGO, DISTRICT__, United States Attorney for the __SOUTHERN__ District of __CALIFORNIA__, whose address is __940 FRONT ST, RM. 1170 SD. 92101__, by placing a copy of same in the prisoner legal-mailbox, at the Federal Medical Center/Ft. Worth, Texas, for delivery to the United States Post Office, with proper postage and addressing attached thereto.

(Signature)

- 2 -

EXHIBIT A

From: Mr. Lawrence E. Gay #76247-198

To ; Clerk of the Court
United States District Court
For The Southern District Of California
United States Courthouse
940 Front Street, Room 1170.
San Diego, California. 92101

Additional Information That Shall Be Considered Upon Resentencing

    I would like the courts to consider that I have been programing since i have been incarcerated. I have taking numerous classes as showed on my "Education Data Transcript" and is currently taking the 500 HRS DAP class that i will complete October 31 2008
    Also im disabled(Prosthetic Leg)which continues to be a great discomfort, inconvenience, and impairment. But, i have'nt let that stop me from preparing myself for returning to the community and holding down a job. I have close family ties i write and phone all the time, But, i have not seen my family in 7yrs and i miss them dearly. I would have got an visit from my mother but she has been sick and not able to travel for awhile, i need to return home so i can continue to take care of her.
    I would also like the courts to look at U.S. V. Hicks 472f.3d 9th Cir. 2007 Because i believe in this matter iam an "aggrieved party" and an "injured party" entitled to full protection of the courts.

Thank You for Your Time.

*Lawrence Gay*

```
REGISTER NO: 76247-198        NAME..: GAY                           FUNC: DIS
FORMAT.....: TRANSCRIPT       RSP OF: FTW-FORT WORTH FCI
```

---------------------------------- EDUCATION COURSES ----------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| BIG | RPP 6 VICTIM IMPACT | 10-04-2005 | 12-21-2005 | P | C | P | 18 |
| BIG | RPP 6 SUCCESS STORIES | 06-30-2005 | 10-28-2005 | P | C | P | 9 |
| BIG | 1ST SECTION BASIC COMPUTER AM | 07-18-2005 | 10-28-2005 | P | C | C | 218 |
| BIG | RPP 6 PERSONAL RESPONSIBILITY | 09-12-2005 | 10-31-2005 | P | C | P | 12 |
| BIG | RPP 6 FRAMEWORK FOR RECOVERY | 08-09-2005 | 09-06-2005 | P | C | P | 15 |
| BIG | RPP 6 BREAKING BARRIERS | 06-21-2005 | 08-18-2005 | P | C | P | 22 |
| BIG | PARENTING | 07-12-2005 | 08-19-2005 | P | C | P | 10 |
| BIG | RPP 4 WORKFORCE INVESTMENT | 08-12-2005 | 08-12-2005 | P | C | P | 1 |
| PHX | FRENCH EVENING ADVANCED | 12-13-2004 | 02-10-2005 | P | C | P | 50 |
| PHX | LIFE SKILLS EVENING | 10-19-2004 | 01-19-2005 | P | C | P | 50 |
| PHX | CONVERSATIONAL SPANISH ADVANCE | 08-02-2004 | 11-02-2004 | P | C | P | 50 |
| PHX | NOVA SCIENCE VIDEO EVENING | 06-29-2004 | 09-29-2004 | P | C | P | 50 |
| PHX | NATIONAL GEOGRAPHICS VIDEOEV | 03-03-2004 | 06-03-2004 | P | C | P | 50 |
| PHX | COMP APP MON-THUR 7:30-11:30 | 03-31-2004 | 05-11-2004 | P | C | C | 200 |

```
G0002        MORE PAGES TO FOLLOW . . .
```

(p. 2 of 3 T# 2/14/08)

```
REGISTER NO: 76247-198           NAME..: GAY                            FUNC: DIS
FORMAT.....: TRANSCRIPT          RSP OF: FTW-FORT WORTH FCI

-------------------------------- EDUCATION COURSES ----------------------------
SUB-FACL    DESCRIPTION                      START DATE  STOP DATE  EVNT AC LV  HRS
PHX         DRUMMING COURSE EVENING          01-28-2004  04-28-2004  P   C  P   50
PHX         ACOUSTIC GUITAR TECH EV          10-17-2003  01-22-2004  P   C  P   50
PHX         ADVANCED MUSIC THEORY EVENINGS   05-05-2003  07-30-2003  P   C  P   50
PHX         MUSIC THEORY EV                  01-13-2003  04-23-2003  P   C  P   50
PHX         RPP/HLTH - AIDS AWARENESS        12-04-2002  12-04-2002  P   C  P    1
PHX         RPP/GRO - DRUG EDUCATION         06-20-2002  06-27-2002  P   C  P   40
SDC M       ART INSTRUCTION                  01-31-2002  02-26-2002  P   C  P    8


G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

(p. 3 of 3 2/14/08)

FTWT6                                                    INMATE EDUCATION DATA                              02-14-2008
PAGE 001                                                       TRANSCRIPT                                      12:37:41

```
REGISTER NO: 76247-198          NAME..: GAY                              FUNC: DIS
FORMAT.....: TRANSCRIPT         RSP OF: FTW-FORT WORTH FCI
```

------------------------------ EDUCATION INFORMATION ------------------------------
```
FACL ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP DATE/TIME
FTW  ESL HAS    ENGLISH PROFICIENT                12-05-2002 1344 CURRENT
FTW  GED HAS    COMPLETED GED OR HS DIPLOMA       12-05-2002 1344 CURRENT
```

------------------------------ EDUCATION COURSES ------------------------------
```
SUB-FACL     DESCRIPTION                    START DATE   STOP DATE  EVNT AC LV   HRS
FTW GP       COMP 500 DAP HRS 6             01-28-2008   CURRENT
FTW GP       RPP DAP WELLNESS 1             01-28-2008   CURRENT
SEA          ADMISSION AND ORIENTATION      11-08-2007   11-08-2007  P   C  P     7
SEA          RELEASE REQUIREMENTS         5 11-08-2007   11-08-2007  P   C  P     1
SAF          RPP/HLT AIDS AWARE             07-10-2007   07-10-2007  P   C  P     1
LAT          RPP ORIENTATION                04-16-2007   04-16-2007  P   C  P     4
BIG          JOURNEY ACROSS RUSSIA ACECLASS 06-16-2006   06-16-2006  P   C  P     1
BIG          INTRO TO SOUTH AMERICA ACE     06-16-2006   06-16-2006  P   C  P     1
BIG          SECOND SECTION BASIC COMPUTER  10-28-2005   03-14-2006  P   C  C   240

G0002        MORE PAGES TO FOLLOW . . .
```

(P. 1 of 3 TH 2/14/08)

*1 copy of BOP educational transcript to Inmate Gay on 2/14/08.  
T. Huse  
FCI FTW*

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Lawrence E Gay | United States of America |

08 FEB 19

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Tarrant  (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  Pro Se  Federal Medical Center; PO Box 15330  Ft Worth, TX 76119 | ATTORNEYS (IF KNOWN)  U.S. Attorney |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff  ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 1331

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint:  JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE Napolean Jones Jr. | Docket Number 01CR790-J |
|---|---|---|

DATE 2/19/08

SIGNATURE OF ATTORNEY OF RECORD