DEVIN BURSTEIN
California State Bar No. 255389
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
devin_burstein@fd.org

Attorneys for Lawrence Earl Gay

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE NAPOLEON A. JONES)

| UNITED STATES OF AMERICA, | ) Civil Action No. 08CV326-NAJ |
| --- | --- |
| | ) Criminal No. 01CR0790-NAJ |
| Plaintiff, | ) |
| | ) WAIVER OF PRESENCE |
| v. | ) |
| LAWRENCE EARL GAY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S WAIVER OF PRESENCE**

I, Lawrence Earl Gay, upon being advised by counsel of my right to be present and to address the Court at the proceedings related to my resentencing, including the resentencing hearing, hereby waive my right to be present and to address the Court. In support of this waiver, I state:

I am currently incarcerated at the Federal Correctional Institution in Fort Worth, Texas. I have been here for a number of years and have achieved some level of stability. I do not wish to travel to California for any proceedings related to my resentencing. Indeed, to do so would be a substantial hardship, negatively impacting my completion of the 500 hour DAP program.

For the foregoing reasons, Mr. Gay respectfully requests that this Court accept his waiver and issue an order preventing Mr. Gay's transfer to California for proceedings related to his resentencing.

_/s/ Lawrence Gay_                                                                                 07-15-08

Defendant Lawrence Earl Gay                                                                   Date