UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cv0326-J |
| | ) | 01cr0790-J |
| v. | ) | |
| | ) | |
| LAWRENCE EARL GAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Waiver of Presence has been electronically served this day upon:

    Todd W. Robinson
    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  July 16, 2008             /s/ Devin J. Burstein
                 DEVIN J. BURSTEIN
                 Federal Defenders
                 225 Broadway, Suite 900
                 San Diego, CA 92101-5030
                 (619) 234-8467  (tel)
                 (619) 687-2666  (fax)
                 devin_burstein@fd.org